# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**GREGORY BICKLEY**                                                                   **PLAINTIFF(S)**

**VS**                                                      **CIVIL ACTION NO. 3:10CV-678-H**

**EQUIFAX INFORMATION SERVICE, LLC**                        **DEFENDANT(S)**

## **O R D E R**

The above-styled action came before the undersigned for a telephonic status conference on June 11, 2013. Participating for on behalf of the Plaintiff, Mr. Zachary L. Taylor and Mr. David B. Mour, and on behalf of the defendant-Equifax, Mr. John Michael Williams. Mr. Shea W. Conley also participated in the conference on behalf of termed defendant-Dish Network.

Discussions as to the status of the case were conducted. The Court being sufficiently advised;

Counsel having notified the Court of a settlement in this case during this conference;

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire.

Date: June 13, 2013

Copies to:
All Counsel of Record

Court Time: 00/05