Case No. 13-5956/13-5979

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

GREGORY BICKLEY

    Plaintiff - Appellant Cross-Appellee

v.

EQUIFAX INFORMATION SERVICES, LLC

    Defendant - Appellee

DISH NETWORK LLC

    Defendant - Appellee Cross-Appellant


Upon consideration of appellee's, Equifax Information Services, LLC, unopposed motion to be dismissed as a party to the appeals,

    It is **ORDERED** that the motion be, and it hereby is, **GRANTED**.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued: August 20, 2013

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 20, 2013

Mr. Shea W. Conley

Mr. Matthew T. Lockaby

Ms. Lauren Desiree Lunsford

Mr. Zachary LeRoy Taylor

    Re: Case No. 13-5956/13-5979, *Gregory Bickley v. Dish Network LLC, et al*  
      Originating Case No. : 3:10-cv-00678

Dear Sir or Madam,

 The Court issued the enclosed Order today in this case.

          Sincerely yours,

          s/Louise Schwarber  
          Case Manager  
          Direct Dial No. 513-564-7015

cc: Ms. Vanessa L. Armstrong

Enclosure