**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 04, 2014

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

        Re:  Case No. 13-5956/13-5979, *Gregory Bickley v. Dish Network LLC, et al*
              Originating Case No. : 3:10-cv-00678

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Louise Schwarber
                                        Case Manager
                                        Direct Dial No. 513-564-7015

cc:  Mr. Shea W. Conley
      Mr. Matthew T. Lockaby
      Ms. Lauren Desiree Lunsford
      Mr. Zachary LeRoy Taylor

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

No: 13-5956/13-5979

---

Filed: June 04, 2014

GREGORY BICKLEY

      Plaintiff - Appellant Cross-Appellee

v.

DISH NETWORK LLC

      Defendant - Appellee Cross-Appellant

EQUIFAX INFORMATION SERVICES, LLC

      Defendant

## MANDATE

  Pursuant to the court's disposition that was filed 05/13/2014 the mandate for this case hereby issues today.

COSTS: None